# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In Re:  
    LAURA L. CARDENAS  
    DAVID A. CARDENAS  

    Debtors

Case No. 17-28533- BHL

Chapter 13 Bankruptcy Case

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF COMPLETION OF PAYMENTS TO THE TRUSTEE

    The Trustee certifies that the Trustee has received all payments due to the Trustee under the plan in this case.

    This certificate does not ensure that the court will grant a discharge and close the case, as additional requirements apply. Debtors should consult with their bankruptcy attorney for assistance.

    Respectfully submitted this 28th day of February 2019.

                                     Scott Lieske  
                                     Scott Lieske  
                                     Chapter 13 Standing Trustee  
                                     P.O. Box 510920  
                                     Milwaukee, WI 53203  
                                     (414) 271-3943

cc: BANKRUPTCY LAW OFFICE RICHARD A CHECK SC (via CM/ECF only)  
    LAURA L. CARDENAS  
    DAVID A. CARDENAS

