UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Laura L. Cardenas and David A. Cardenas, Debtors.

Case No. 17–28533–bhl

Chapter 13

**NOTICE**
**Regarding Your Need to File Certifications About**
**(1) Domestic Support Obligations;**
**(2) Plan Payments Made Directly to Creditors; and**
**(3) Compliance with Section 522(q) of the Bankruptcy Code**

You will not receive your bankruptcy discharge unless you file Local Form 2831, which is available on the Bankruptcy Court's website, www.wieb.uscourts.gov. The Form contains certifications regarding three topics: (1) domestic support obligations, (2) the completion of payments under the plan made directly to creditors, and (3) the use of a state homestead exemption requiring compliance with the provisions of 11 U.S.C. § 522(q)(1).

You must file Local Form 2831 **within 60 days** of the trustee's filing of the certification that the debtor has made all required payments to the trustee.

If you do not file Local Form 2831 by this deadline, the Court may close your case without granting a discharge. If the Court closes the case before you file Local Form 2831, you will not be able to file the form and receive a discharge until you file a motion to reopen the case, pay a reopening fee (currently $235), and the court orders the case reopened.

You may want to discuss filing the form with your bankruptcy lawyer, if you have one.

Dated: February 28, 2019

**JANET L. MEDLOCK**
Clerk of Court